# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2023

## NO. 03-23-00408-CV

**Emily Jeffers, Appellant**

**v.**

**Commons at Goodnight, LP, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, TRIANA AND SMITH
## DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on June 6, 2023. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.